IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CORPORATION, LIMITED, | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) C.A. No. 05-363-GMS |
| EXABYTE CORPORATION, | ) ) ) ) |
| *Defendant.* | ) ) ) |

IT IS HEREBY STIPULATED, by and between the parties hereto, and subject to the approval of the Court, that the time within which defendant Exabyte Corporation shall answer, move or otherwise respond to the Complaint is extended to and including July 11, 2005.

| ASHBY & GEDDES | THE BAYARD FIRM |
|---|---|
| /s/ Steven J. Balick (sb2114) | /s/ Richard D. Kirk (rk0922) |
| Steven J. Balick | Richard D. Kirk |
| John G. Day | 222 Delaware Avenue, Suite 900 |
| 222 Delaware Avenue, 17th Floor | P.O. Box 25130 |
| P.O. Box 1150 | Wilmington, DE  19899-5130 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 654-1888 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED, this _____ day of June, 2005.

_____
United States District Judge

592648v1