# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

June 29, 2005

**BY HAND**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

    Re:    *Matsushita Electric Industrial Corporation, Limited v. Exabyte Corporation*, C.A. No. 05-363-GMS

Dear Judge Sleet:

    I will be representing defendant, Exabyte Corporation in this case. Yesterday, I filed for the Court's review and approval a stipulation between Exabyte and plaintiff Matsushita Electric Industrial Company, Limited extending until July 11, 2005 Exabyte's time to respond to the Complaint. I offer this letter of explanation.

    Exabyte, a Delaware corporation, was served through its registered agent on June 6, 2005, making its response otherwise due on June 27. The complaint was Exabyte's first notice of Matsushita's claims of infringement of this patent. After receiving the suit papers, Exabyte's outside counsel began review of the complaint and the patent-in-suit. That review is continuing.

    Exabyte feels it needs this extra two weeks to determine its best response. It is Exabyte's first such request, and Exabyte fully expects that it will be able to respond within the extended period.

                                                    Respectfully submitted,

                                                    Richard D. Kirk (#0922)

cc:    Clerk of the Court (by hand)
        Steven J. Balick, Esquire (by hand)

593079v1