IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CORPORATION, LIMITED,<br><br>        *Plaintiff,*<br><br>    v.<br><br>EXABYTE CORPORATION,<br><br>        *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-363-GMS<br>)<br>)<br>)<br>) |

**SECOND EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, the parties hereto are presently conducting discussions that may lead to the resolution of this matter; and

WHEREAS, the parties wish to avoid the unnecessary expenditure of resources by the Court or the parties, should those discussions succeed;

IT IS STIPULATED, by and between the parties hereto, and subject to the approval of the Court, that the time within which Exabyte Corporation shall answer, move or otherwise respond to the Complaint is extended to and including July 25, 2005.

| ASHBY & GEDDES | THE BAYARD FIRM |
|---|---|
| /s/ John G. Day (jd2403) | /s/ Richard D. Kirk (rk0922) |
| Steven J. Balick | Richard D. Kirk |
| John G. Day | 222 Delaware Avenue, Suite 900 |
| 222 Delaware Avenue, 17th Floor | P.O. Box 25130 |
| P.O. Box 1150 | Wilmington, DE 19899-5130 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 654-1888 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

        SO ORDERED, this _____ day of July, 2005.

_____
United States District Judge

592648v1