IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CORPORATION, LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>EXABYTE CORPORATION,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-363-GMS<br>)<br>)<br>) |

**THIRD STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS the parties have agreed in principle to settle their dispute, pending the completion of the necessary settlement documentation and the terms set forth therein; and

WHEREAS, the parties wish to avoid needless effort by the parties or the Court;

IT IS STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the time within which Exabyte Corporation shall answer, move or otherwise respond to the Complaint is extended to and including August 19, 2005.

| ASHBY & GEDDES | THE BAYARD FIRM |
|---|---|
| /s/ John G. Day (jd2403) | /s/ Richard D. Kirk (rk0922) |
| Steven J. Balick | Richard D. Kirk |
| John G. Day | 222 Delaware Avenue, Suite 900 |
| 222 Delaware Avenue, 17th Floor | P.O. Box 25130 |
| P.O. Box 1150 | Wilmington, DE  19899-5130 |
| Wilmington, DE 19899 | (302) 655-5000 |
| (302) 654-1888 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED, this _____ day of July, 2005.

_____
United States District Judge

592648v1