IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL COMPANY, LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> EXABYTE CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-363-GMS |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a), plaintiff Matsushita Electric Industrial Co., Ltd. ("Matsushita"), by and through its undersigned attorneys, and defendant Exabyte Corporation, by and through its undersigned attorneys, hereby stipulate and agree that the entire action is DISMISSED with prejudice, each side to bear its own costs.


ASHBY & GEDDES                                  THE BAYARD FIRM


/s/ John G. Day                                 /s/ Richard D. Kirk
_____                         _____
Steven J. Balick (I.D. # 2114)                  Richard D. Kirk (I.D. #922)
John G. Day (I.D. # 2403)                       222 Delaware Avenue, Suite 900
222 Delaware Avenue, 17th Floor                 P.O. Box 25130
Wilmington, DE  19801                           Wilmington, DE  19899-5130
(302) 654-1888                                  (302) 655-5000
sbalick@ashby-geddes.com                        rkirk@bayardfirm.com
jday@ashby-geddes.com

*Attorneys for Plaintiff Matsushita Electric*   *Attorneys for Defendant Exabyte Corporation*
*Industrial Company, Limited*

November 1, 2005
163032.1